UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ATHARVA SATHAWANE

Case No.: 1:25-cr-00012-AW-MAL

_____

## MOTION FOR PRE-TRIAL DETENTION

The Government hereby moves for pre-trial detention of the Defendant. The statutory basis for seeking pre-trial detention is (check all that apply):

☐ **18 U.S.C. § 3142(f)(1) because the case involves**:

  ☐ (A) a crime of violence, a violation of section 1591, or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

  ☐ (B) an offense for which the maximum sentence is life imprisonment or death;

  ☐ (C) an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

  ☐ (D) any felony if such person has been convicted of two or more offenses described in subparagraphs (A) through (C) of this paragraph, or two or more State

      of local offenses that would have been offenses described in subparagraphs (A) through (C) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; or

☐    (E)    any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of Title 18, United States Code.

☒   **18 U.S.C. § 3142(f)(2) because the case involves**:

    ☒    (A)    a serious risk that such person will flee; or

    ☒    (B)    a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

Date  June 2, 2025                 Respectfully submitted,

                                         JOHN P. HEEKIN
                                         United States Attorney

                                         _____
                                         Adam Hapner
                                         Assistant United States Attorney
                                         Florida Bar No. 112006
                                         401 SE First Ave, Ste 211
                                         Gainesville, Florida 32601
                                         (352) 378-0996
                                         Adam.Hapner@usdoj.gov