IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 1:25-cr-00012-AW-MAL

ATHARVA SATHAWANE
  a/k/a "Andy Sathawane"
_____/

## TRIAL STIPULATION AS TO FACTS

To avoid the need for unnecessary witness testimony and to make efficient use of the Court's and jury's time, the United States of America and the Defendant, Atharva Sathawane, hereby stipulate that the following facts must be considered by the jury as having been proven beyond a reasonable doubt without the need for further evidence being presented to the jury, and that the jury must consider this stipulation as true and accurate, and further request that this stipulation be read to the jury upon request of any party or the jury:

1.    The Automated Clearing House (ACH) is the primary system that agencies use for electronic funds transfer (EFT). With ACH, funds are electronically deposited in financial institutions, and payments are made online. https://www.fiscal.treasury.gov/ach/

2. All ACH, check, and wire transactions with third parties by Bank of America, N.A. ("BOA") customers are processed by BOA's computer servers located in Richmond, Virginia.

9/22/25
Date

Atharva Shailesh Sathawane
Defendant

9/22/25
Date

Alejandra Contreras Caballero
Attorney for Mr. Sathawane

9/23/25
Date

Adam Hapner
Assistant United States Attorney