IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:25-cr-12-AW-MAL

ATHARVA SATHAWANE,

Defendant.
_____/

## VERDICT

We, the Jury, unanimously find the Defendant, Atharva Sathawane, as to Count One, conspiracy to commit wire fraud:

   ✓    Guilty

_____ Not Guilty

We, the Jury, unanimously find the Defendant, Atharva Sathawane, as to Count Two, conspiracy to commit money laundering:

   ✓    Guilty

_____ Not Guilty

SO SAY WE ALL.

[Redacted]    10/3/2025
FOREPERSON    DATE

Filed in Open Court
_____ 10-3-2025
Clerk, U.S. District Court
Northern District of Florida