IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                    Case No. 1:25-cr-12-AW-MAL

**ATHARVA SATHAWANE,**

    **Defendant.**

_____/

### **PRELIMINARY ORDER OF FORFEITURE**

The government's motion for a preliminary order of forfeiture (ECF No. 72), which seeks forfeiture of one Apple iPhone 16 Pro, is GRANTED.

A jury convicted Defendant of conspiracy to commit wire fraud and conspiracy to commit money laundering. The indictment included a forfeiture provision. I find that the iPhone is subject to forfeiture, and that the government has established the requisite nexus between the phone and the offense.

It is now ordered, pursuant to 18 U.S.C. § 982(a) and Federal Rule of Criminal Procedure 32.2(b), that Defendant's interest in the iPhone is forfeited to the United States for disposition according to law.

The United States is authorized to seize the iPhone, whether held by Defendant or a third party, and to conduct any discovery proper in identifying, locating, or disposing of the iPhone, in accordance with Rule 32.2(b)(3).

The United States is authorized to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of this order.

The United States must cause to be published at least once, notice of this order, notice of its intent to dispose of the iPhone in such manner as the Attorney General (or a designee) may direct, and notice that any person, other than Defendant, having or claiming a legal interest in the iPhone must file a petition with the court within 30 days of the final publication of the notice, or within 60 days of the first date of publication on an official internet government forfeiture site at www.forfeiture.gov. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the iPhone.

Any person (other than Defendant) asserting a legal interest in the iPhone may, within 30 days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of his asserted interest in the iPhone, and for an amendment of the forfeiture order.

Pursuant to Rule 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant at the time of sentencing, or before sentencing if Defendant consents, and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Rule 32.2(c)(2).

Any third-party petition asserting an interest in the iPhone shall be signed by petitioner under penalty of perjury. It shall also set forth the nature and extent of the petitioner's right, title, or interest in the iPhone; the time and circumstances of the petitioner's acquisition of the right, title, or interest; and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Rule 32.2(c), and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the iPhone following the court's disposition of all third-party interests, or, if none, following the expiration of the period provided by 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

The court will retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Rule 32.2(e).

SO ORDERED on November 12, 2025.

s/ <i>Allen Winsor</i><br>Chief United States District Judge