IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:25-cr-12-AW |
| ATHARVA SATHAWANE a/k/a "Andy Sathawane" | |

## NOTICE OF FILING OF REFERENCE LETTERS

Defense counsel gives notice of filing of the following character reference letters which counsel intends to use at sentencing:

1. Shailesh Sathawane
2. Manisha Sathawane
3. Aditi Dorle
4. Shilpa Dorle
5. Abhisek Madankar
6. Madhuri Madankar

Defense counsel respectfully requests the Court consider these at sentencing.

**Dated**: January 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was emailed to Assistant United States Attorney Adam Hapner.

Respectfully submitted,

SMITH & EULO LAW FIRM

By: _____
Alejandra Contreras Caballero, Esq
Florida Bar No. 1041489
Smith & Eulo Law Firm, PLLC
2720 NW 6th St., Suite 302C
Gainesville, FL 32609
(407) 930-8912

Date: November 26, 2025
To: **The Honorable Judge Allen Winsor**
United States District Court Northern District of Florida
**Subject: Character Letter for my son Mr. Atharva Sathawane**

Your Honor,

My name is **Shailesh B. Sathawane**, and I respectfully submit this character letter for my son, **Mr. Atharva Sathawane**. I am an educated professional and currently work at Quality Assurance & Food Safety, one of India's largest grocery retail chains. I hope to assist the Court in understanding Atharva's upbringing, values, and character as I have observed throughout his life.

Atharva is our only child. From an early age he demonstrated maturity, responsibility, and a calm temperament. He grew up in a home where education, ethics, discipline, and respect for others were always emphasized. Throughout his childhood he showed a naturally helpful and considerate nature. When my work responsibilities required frequent travel, Atharva took care of his mother during her difficult moments, especially when she suffered from severe migraines. He handled these situations with patience and emotional steadiness well beyond his young age.

As Atharva grew, he continued to support both family and friends through their challenges. He has always been the kind of person who listens, offers genuine help, and stands by others during their ups and downs. He never developed any bad habits, does not smoke or drink, and has always remained focused on his studies and his long-term goals.

Atharva consistently had a strong academic aspiration. Without any external prompting, he independently researched the U.S. education system, prepared for the SAT examination, and achieved a strong score. He chose to attend the University of South Florida in Tampa, where he enrolled in Mechanical Engineering. As parents, we supported his goals emotionally and financially, including taking out an education loan so that he could pursue this dream. He has always expressed a clear vision for his future: to gain international education, return to India, and build an enterprise that contributes to society and economic growth. Many times he told me he wanted to have a good job when

he was older to be able to care for us, he said, "since you have worked very hard for me, in the future I don't want you to worry." This reflects both his gratitude and his responsible mindset.

Beyond academics, Atharva and I share a close father–son bond. We often discuss sports, history and culture. He frequently recommends documentaries and meaningful films that offer lessons for personal growth. These interactions show his thoughtful nature and desire to continuously improve himself and others around him.

Throughout his life, Atharva has shown maturity, sincerity, and kindness. He has never been involved in negative influences and has always maintained discipline and respect toward others. He consistently helps classmates, encourages younger students, and supports his friends in developing confidence and positive habits.

Your Honor, everything I write here comes from more than 22 years of close observation as a father. Atharva has always been a young man of good character, responsible, respectful, supportive, hardworking, and forward-looking. We hope he has a bright future ahead, full of dreams, ambition, and a genuine desire to contribute positively to society.

I respectfully request the Court to kindly consider these qualities as you evaluate his character and future and he is given a fair opportunity to continue building that future.

Thank you for your time and consideration.

Respectfully submitted,

**Shailesh B. Sathawane**
Father of Mr. Atharva Sathawane
Flat no 3106 -vijit, Piramal Vaikunth, Thane
Mumbai INDIA- 400608
+91 7624982939
shailesh.sathawane@gmail.com

Date: November 25, 2025
The Honorable Judge Allen Winsor
United States District Court, Northern District of Florida
Subject: Character Letter for My Son, Atharva Sathawane

Honorable Judge,

My name is Mrs. Manisha Sathawane, and I am the mother of Atharva Sathawane. Thank you for allowing me the opportunity to present my heartfelt thoughts about my son. Atharva is our only child, and he is exceptionally dear to us. As parents, we belong to a family that places strong emphasis on education, culture, and moral values, and Atharva has grown up in this environment surrounded by relatives who are PhD holders, software engineers, aerospace engineers, and other professionals. Both my husband and I are double graduates. From the beginning we raised Atharva with the same principles of discipline, humility and respect for others.

Since his childhood, Atharva has always been a well-behaved, kind, humble, and bright young boy. His teachers consistently appreciated his good manners. Although he was the youngest student in his class, his school teachers always appreciated his academic abilities and maturity.

I suffer from severe migraine attacks, and during those difficult moments, especially when my husband had to be away for work, Atharva was always the one who took care of me. Even as a child, he showed responsibility far beyond his age. He would prepare ice packs, make sure I had my medicines, and stay beside me until the pain reduced. I will never forget those moments of silent support he offered with so much love.

Atharva has always demonstrated maturity in real-life situations as well. When he was just 17 years old, a close family friend faced a medical emergency involving their 77-year-old mother, who was a cancer patient. Atharva responded immediately, handled the situation calmly, took her to the hospital, managed all the formalities, and remained with the family until she was safely discharged. His ability to support others in times of need reflects his genuine compassion and sense of responsibility.

He has always dreamed of achieving higher education. He independently researched the U.S. education system and secured admission to the University of South Florida in Tampa. Although it was emotionally difficult for us to send him so far from home at such young age, we trusted his maturity, good behavior, and dedication to his future.

In the United States, Atharva quickly adapted to the new culture and made friends easily. He has a naturally warm personality. He worked on the university campus with sincerity and honesty, earning praise from his manager and eventually being elevated to a supervisory role.

There was an incident when one of his college female friends in Tampa experienced an emergency at 3 a.m. Without hesitation, Atharva went to help her and handled the situation safely and responsibly. This is just one example showing how seriously he takes the safety and well-being of others.

One of Atharva's defining qualities is that he cares deeply for people. Whenever he calls relatives, his first question is always about their health and well-being. He is loved widely in our family and neighborhood because of his respectful nature, warmth, and ever-present smile.

Atharva has never indulged in any bad habits such as drinking, smoking, or irresponsible behavior. In fact, when he discovered that one of his friends in high school had started smoking, Atharva spent time counseling him and encouraging him to quit. Instead of abandoning friends, he always tried to guide them toward better habits and choices.

Even when he was younger and faced bullying in school, he never responded with anger or negativity. He used to tell me, "Let God handle it, I don't want to hurt anyone." This shows his gentle heart and non-confrontational nature.

Our family has always lived with dignity, discipline, and respect for law and society. Neither Atharva nor any of our family members have ever had issues with the police or legal authorities. We avoid conflict and teach the children in our family the importance of peaceful conduct and compassion.

Honorable Judge Winsor, I humbly request you to please consider the sincere upbringing, character, and values that Atharva has always demonstrated. He is honest, responsible, respectful, and caring, not just toward his family, but toward everyone around him. He has a bright future ahead, full of dreams, ambition, and a genuine desire to contribute positively to society.

I respectfully pray that he is given a fair opportunity to continue building that future. Thank you for taking the time to read my letter.

With respect,

Mrs. Manisha B. Sathawane
Mother of Mr. Atharva Sathawane
Flat no 3106 -vijit, Piramal Vaikunth, Thane Mumbai INDIA- 400608
+91 9730044160
msathawane25@rediffmail.com

Date: November 29, 2025
To: Honorable Judge Allen Winsor
United States Federal Court for the Northern District of Florida

**Subject: Character Letter for Mr. Atharva Sathawane**

Your Honor,

My name is Aditi Dorle and I am writing this letter to provide a character reference for my brother, Atharva Sathawane. I work as a Software Developer at the Bank of New York in Pune, India. I have been in this role for the past two years.

Having grown up together, I have always known Atharva to be a sensible and mature individual — never one to cause trouble or get himself into issues. When his mother was living alone and struggling with severe migraines while his father was away for work, Atharva stepped up to look after her. He offered help, comfort, and constant emotional support without ever being asked. That quiet sense of responsibility and compassion has always been a part of who he is.

At just 17, with dreams in his eyes to study abroad and build a meaningful life, Atharva worked hard to take the SATs and made the brave decision to move to the United States on his own. This was not a common path in our family; he was the first among us to research everything independently — from finding the right universities to attending career counselling sessions and finally taking that big step. It required courage, independence, and vision, and he showed all three in abundance.

During the difficult COVID-19 period in India, when we lost a close family member, Atharva was by my side. I vividly remember him attending his university classes through the night — staying up until early morning due to the time difference — and still making time to

comfort us. Despite his own pressures, he brought hope and light into our home when things felt dark. His strength and empathy during that time truly reflected his character.

Atharva holds a special place in all our lives. To our grandmother, he is the most beloved grandchild; and to me, he is not just my brother, but a pillar of warmth and reassurance. He has never been drawn to negative influences or harmful habits. Instead, he has remained focused on his studies, personal growth, and family.

We are all devastated by his current situation. Everything he worked so hard for — his education, his aspirations, and his dream of building a life — seems lost. Seeing him in distress, far from home, has been heartbreaking for all of us. Each day brings worry and fear about how much his life, and ours, have changed.

Atharva's life so far has reflected kindness, perseverance, and integrity. He has shown that he can handle challenges with maturity and resilience. He has a long life ahead of him and the potential to rebuild, learn, and continue contributing positively to society.

I sincerely hope the Court will take into consideration his good character, strong values, and the person he has consistently shown himself to be when making its decision.

Respectfully submitted,
**Aditi Dorle**
Software Developer, Bank of New York
Pune, India

Date: November 27, 2025
To: Honorable Judge Allen Winsor
United States Federal Court for the Northern District of Florida

**Subject: Character Letter for Mr. Atharva Sathawane**

Your Honor,

My name is Shilpa Dorle, and I have worked as a teacher at Reliance Foundation School in Navi Mumbai, India for several years. I am also Atharva Sathawane's aunt, and I have had the privilege of watching him grow closely throughout his childhood and teenage years.

From a very young age, Atharva displayed a natural sense of responsibility and humanity far beyond what one would expect from a child his age. I still remember an incident when he was barely 10 years old — our neighbour, an elderly woman who lived alone, slipped in the corridor and struggled to get up. Before any adult could react, it was Atharva who ran to her side, supported her carefully, brought her water, and stayed with her until help arrived. His instinctive kindness and calm presence surprised all of us. That moment clearly reflected the empathetic person he was becoming.

Atharva has always had a gentle heart, especially when it comes to animals. During monsoons in our locality, many stray puppies and kittens would seek shelter. While most people hesitated to go near them, Atharva would make small cardboard shelters, provide them with leftover food, and ensure they were dry and safe. He would even wake up early to check on them. His love for animals wasn't just affection — it was responsibility, care, and compassion in action.

I have met many children during my career as a teacher, but Atharva always stood out for his maturity and empathy. When his younger cousins struggled with studies or felt overwhelmed, Atharva was the one who patiently sat with them, explained concepts, and encouraged them. He

never raised his voice, never lost his patience, and always chose understanding over frustration — qualities that many adults take years to develop. He also showed remarkable emotional intelligence at home. Whenever family disagreements arose, Atharva was the quiet mediator who listened to both sides and offered thoughtful, balanced suggestions. His presence brought a sense of calm and clarity. Even as he grew older, he never drifted toward negative influences or reckless behaviour; instead, he remained grounded, thoughtful, and focused on his goals.

Atharva has always been a lovable and deeply respectful child, someone who greets everyone warmly, speaks with humility, and carries himself with sincerity. He has consistently shown that he values family, education, and personal growth.

Seeing him go through a difficult situation now pains all of us. He is a young man with a kind heart, a strong sense of right and wrong, and the potential to grow into an even more responsible and contributing member of society. I sincerely hope the Court will keep his lifelong character, values, and conduct in mind while making its decision.

Thank you for considering my statement.

Respectfully submitted,
**Shilpa Dorle**
**Teacher, Reliance Foundation School**
Navi Mumbai, India

Date: November 26, 202

**To:** Honorable Judge Allen Winsor

Unites States Federal Court for North District of Florida

Subject: **Character Reference for Mr. Atharva Sathawane**

Your Honor,

My name is Abhishek Madankar, and I am employed as an Assistant Manager at Honda R&D India. I am writing this letter to provide a personal character reference for my cousin, Atharva Sathawane, whom I have known since his birth.

Growing up together in a close-knit family, I have had countless opportunities to observe Atharva's nature and values. From his early childhood, Atharva has always displayed qualities of kindness, empathy, and respect. I vividly remember how, as a young boy, he would go out of his way to share his toys with other children and comfort anyone who was upset. Even in small acts, his compassion and thoughtfulness were evident.

As he matured, these qualities only strengthened. Atharva has consistently shown a calm temperament and a willingness to help others without expecting anything in return. He has never been involved in any behavior that could be considered harmful or disrespectful. Instead, he has always been someone who values honesty, humility, and doing what is right.

Atharva is deeply loved and respected by family, friends, and peers because of his genuine nature and strong moral compass. His upbringing and personal choices reflect a person who prioritizes integrity and goodwill above all else.

I can state with complete confidence that Atharva is a law-abiding, responsible, and trustworthy individual. He has always respected rules and authority, and I have never known him to engage in any conduct that would compromise his integrity or the trust placed in him. His reliability and commitment to doing what is right make him a person of exemplary character.

I respectfully submit this reference to affirm that Atharva Sathawane is a person of good character, and I trust that this will be taken into consideration. Please feel free to contact me if you require any further information.

Sincerely,
Abhishek Madankar
Assistant Manager, Honda R&D India
Email: abhimadankar@gmail.com
Phone: +91 9920984149
Address: 102, Tower 12, Emaar Palm Hills, Sector 77, Gurgaon. Pin – 122004

Date: November 26, 2025

To: Honorable Judge Allen Winsor

Unites States Federal Court for North District of Florida

Subject: **Character Letter for Mr. Atharva Sathawane**

Your Honor,

I am writing this letter in support of my nephew, **Mr. Atharva Sathawane**, for his assessment of character. As a retired teacher from Maharashtra Institute of Technology in Pune, India, I have spent decades observing and nurturing young minds, and I can confidently say Atharva stands out as an individual of exceptional integrity, kindness, and responsibility.

From his early childhood, Atharva displayed qualities that were rare for his age. I vividly remember when he was just a little boy, he would always share his toys with other children, even those he had just met. His sense of empathy and fairness was evident even then. Unlike many children who seek attention, Atharva was always the one ensuring everyone around him felt included and valued.

As he grew older, these traits only deepened. I recall a time during a family gathering when he noticed a younger cousin feeling left out. Without being asked, Atharva took the initiative to involve him in the games, showing his natural leadership and compassion. These small acts speak volumes about his character; he never did it for praise, but simply because he cared.

Atharva has always been respectful toward elders and considerate toward peers. His honesty and sincerity are qualities that have remained constant throughout his life. He approaches challenges with maturity and never hesitates to lend a helping hand to those in need.

In my experience as an educator, I have learned that true character is revealed in everyday actions, and Atharva exemplifies this truth. He is dependable, trustworthy, and possesses a strong moral compass. I wholeheartedly support him and believe he will continue to uphold these values in every aspect of his life.

I respectfully request that the court consider these facts as relevant to assessment of his character.

Respectfully submitted,

Ms. Madhuri Shrikrushna Madankar.

Aunt of Atharva Sathawane.

102, Tower 12, Emaar Palm Hills, Sector 77, Gurgaon. Pin – 122004

+91 9987585714

madankarmadhuri22@gmail.com