Start: 3:02 p.m.
Stop: 4:10 p.m.

### *UNITED STATES DISTRICT COURT*
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No:  1:25-cr-12-AW                                          Date: 01-13-26

PROCEEDINGS:        Sentencing - forfeiture
                    NO S/R based on status as a deportable alien

PRESENT:        Honorable ALLEN WINSOR, Chief District Judge

  TiAnn Stark                    Dawn Savino  (USDC-FLND)              Adam Hapner
  Deputy Clerk                      Court Reporter                  Asst. U.S. Attorney
Jason Maxwell/Lamar Walker    _____
  Probation Officer                  Interpreter

U.S.A  vs.  (DEFENDANT LISTED BELOW)  ATTORNEYS FOR DEFENDANT

 ATHARVA SATHAWANE                       ALEJANDRA CONTRERAS
 X  present   X  custody  ___bond  ___O/R      X  present  ___ appt   X  retained

DEFENDANT PREVIOUSLY ADJUDICATED GUILTY OF COUNT(S) 1 and 2

SENTENCE IMPOSED:
  X    Defendant remanded to the custody of the Bureau of Prisons
        on count(s)      1   imprisonment for a term of  216 months
                         2   imprisonment for a term of  216 months concurrent


  X    FINE PAYMENT:        X Fine waived; ___ Fine of  $_____
                            X  SMA of $  200   due immediately

  X    RESTITUTION: Defendant is liable for restitution of:
        $ 4,356,691.28    made payable to  victims identified in ECF No. 84-1  interest waived

_____    S/R or PROBATION: Defendant is under ___ Supervised Release upon completion of term of
        imprisonment or ___ Probation for a period of__.

With the following special modifications:
          _____  Defendant to be deported upon release from BOP
          _____  Defendant to report to the USPO in the district where released within 72 hours of release
                 from BOP
          _____  Defendant shall not own or possess a firearm or other dangerous weapon
          _____  Defendant shall submit to:___ testing for the use of drugs or alcohol;____Alcohol/Drug
                 treatment;
          _____  Mental Health counseling if deemed necessary by the Probation Officer CBT
          _____  Defendant shall provide requested financial information to the Probation Officer
          _____  Defendant shall make payment on the restitution in monthly installments of $
          _____  Upon release, Defendant shall maintain employment or enroll as a full-time student
          _____  Additional Terms: in PSR

SENTENCING MINUTES CONTINUED

__X___   Defendant has read the pre-sentence investigation report (PSR) and has discussed it with his/her attorney

__X___   Objections to the PSR were made - loss amount argued

__X___   CUSTODY STATUS
      __X___   Defendant committed to the custody of the US Marshal
      _____   Defendant to surrender to US Marshal at_____ or designated institution no later than 12 noon, on _____
      _____   Defendant remains on bond with___ same terms and conditions or _____ with modified terms as follows:
      _____   Defendant is released after meeting with Probation Officer

_____   Remaining count(s)___ is/are dismissed on government motion

__X___   Defendant advised of right to appeal

_____   Court recommends incarceration