IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff/Petitioner
    V.                      **District Court Case No. 1:25-cr-12-AW**

**ATHARVA SATHAWANE,**
a/k/a "Andy Sathawane"
    Defendant/Respondent

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that Defendant, Atharwa Sathawane, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence as to Counts 1 and 2, imposing a sentence of two hundred sixteen (216) months on each of Counts 1 and 2, terms to run concurrently with each other, entered in this action on January 15, 2026. This Judgment and Sentence following a Jury Verdict entered on October 3, 2025. Counsel listed below will file a separate Motion to Withdraw requesting this Court allow Defendant to proceed on appeal *in forma pauperis* and for appointment of Criminal Justice Act appellate counsel.

**Dated**: January 23, 2025

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was e-filed via PACER.

Respectfully submitted,

**SMITH & EULO LAW FIRM**

By: *[signature]*
Alejandra Contreras Caballero, Esq.
Florida Bar No. 1041489
Smith & Eulo Law Firm, PLLC
2720 NW 6th St., Suite 302C
Gainesville, FL 32609
(407) 930-8912