IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff/Appellee
    V.                      **District Court Case No. 1:25-cr-12-AW**

**ATHARVA SATHAWANE,**
a/k/a "Andy Sathawane"
    Defendant/Appellant

### MOTION TO WITHDRAW, PROCEED ON APPEAL *IN FORMA PAUPERIS*, AND REQUEST APPOINTMENT OF CJA-COUNSEL

Trial counsel for Defendant, Alejandra Contreras Caballero, moves this honorable court to relieve her as counsel of record for Defendant/Appellant. As grounds for this motion, counsel states she is unable to continue to provide the representation Plaintiff requires due to terminating employment in Florida and moving out of state. Assistant United States Attorney Adam Hapner is not opposed to this Motion.

Defendant/Appellant moves to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in the above-entitled action. Defendant likewise requests appointment of Criminal Justice Act Counsel. Defendant's family are unable to afford a private attorney on appeal. Defendant attests he is entitled to appointment of Criminal Justice Act Counsel. Defendant did not divest of any property, monies, or any items of value for the purpose of avoiding payment of attorney fees. A credit report mentioned in the sealed trial record states Defendant has liabilities of $14,103 and an income of $0, given that Defendant has been in custody for close to a year. Defendant makes this motion in good faith.

**Dated**: January 23, 2025

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was e-filed via PACER.

Respectfully submitted,

**SMITH & EULO LAW FIRM**

By: _____
Alejandra Contreras Caballero, Esq.
Florida Bar No. 1041489
Smith & Eulo Law Firm, PLLC
2720 NW 6th St., Suite 302C
Gainesville, FL 32609
(407) 930-8912