IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 1:25-cr-12-AW-MAL

ATHARVA SATHAWANE,

    Defendant.

_____/

**<u>ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW</u>**

Retained counsel seeks leave to withdraw and seeks the appointment of counsel. ECF No. 89. As explained at the sentencing hearing, any such motion must comply with Local Rule 11.1, which requires counsel to provide certain information about her fee arrangement to date.

The motion (ECF No. 89) is DENIED. This is without prejudice to a new motion that complies with Local Rule 11.1.

SO ORDERED on January 23, 2026.

                                          s/ *Allen Winsor*
                                          Chief United States District Judge