# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

USA

VS                                  USDC NO. 1:25-cr-00012-AW-MAL-1
                                    USCA NO. _____

ATHARVA SATHAWANE

## TRANSMITTAL OF NOTICE OF APPEAL

   The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 01/23/2026 - receipt number AFLNDC-9768708
Judge/Magistrate Judge appealed from: CHIEF JUDGE ALLEN C WINSOR
Court Reporter(s): Dawn Savino , Julie Wycoff .


Please acknowledge receipt on the enclosed copy of this transmittal to: GAINESVILLE DIVISION

                                    JESSICA J. LYUBLANOVITS,
                                    CLERK OF COURT
                                    s/ KELLI MALU
                                    By: KELLI MALU
                                    Deputy Clerk
                                    401 SE 1ˢᵗ Avenue, Ste 243
January 26, 2026                    Gainesville, Florida 32601

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff/Petitioner
V.                                         **District Court Case No. 1:25-cr-12-AW**

**ATHARVA SATHAWANE,**
a/k/a "Andy Sathawane"
    Defendant/Respondent

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that Defendant, Atharwa Sathawane, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence as to Counts 1 and 2, imposing a sentence of two hundred sixteen (216) months on each of Counts 1 and 2, terms to run concurrently with each other, entered in this action on January 15, 2026. This Judgment and Sentence following a Jury Verdict entered on October 3, 2025. Counsel listed below will file a separate Motion to Withdraw requesting this Court allow Defendant to proceed on appeal *in forma pauperis* and for appointment of Criminal Justice Act appellate counsel.

**Dated**: January 23, 2025

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was e-filed via PACER.

                                              Respectfully submitted,

                                              **SMITH & EULO LAW FIRM**

                                              *By:* _____
                                              Alejandra Contreras Caballero, Esq.
                                              Florida Bar No. 1041489
                                              Smith & Eulo Law Firm, PLLC
                                              2720 NW 6th St., Suite 302C
                                              Gainesville, FL 32609
                                              (407) 930-8912

AO 245B (Rev. 11/25)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of Florida

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| ATHARVA SATHAWANE<br>a/k/a<br>"ANDY SATHAWANE" | ) | Case Number: 1:25CR00012-001 |
| | ) | USM Number: 85686-511 |
| | ) | Alejandra Contreras Caballero (Retained) |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☑ was found guilty on count(s)  One and Two
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §§ 1343 and 1349 | Conspiracy to Commit Wire Fraud | 2/13/2025 | One |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

  It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/13/2026
Date of Imposition of Judgment

s/ Allen Winsor
Signature of Judge

Allen Winsor, Chief United States District Judge
Name and Title of Judge

1/15/2026
Date

AO 245B (Rev. 11/25)  Judgment in a Criminal Case
                     Sheet 1A

DEFENDANT: ATHARVA SATHAWANE a/k/a "ANDY SATHAWAN"
CASE NUMBER: 1:25CR00012-001

Judgment—Page __2__ of __7__

## ADDITIONAL COUNTS OF CONVICTION

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h) | Conspiracy to Commit Money Laundering | 2/13/2025 | Two |

DEFENDANT: ATHARVA SATHAWANE a/k/a "ANDY SATHAWAN
CASE NUMBER: 1:25CR00012-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
two hundred sixteen (216) months on each of Counts One and Two, terms to run concurrently with each other.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 11/25)   Judgment in a Criminal Case
                Sheet 3 — Supervised Release

Judgment—Page __4__ of __7__

DEFENDANT:   ATHARVA SATHAWANE a/k/a "ANDY SATHAWAI
CASE NUMBER:   1:25CR00012-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Pursuant to §5D1.1(c), no term of supervised release is imposed due to the defendant's status as deportable alien who will likely be deported after imprisonment.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 11/25) Judgment in a Criminal Case
　　　　　　　Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __7__

DEFENDANT: ATHARVA SATHAWANE a/k/a "ANDY SATHAWAN"
CASE NUMBER: 1:25CR00012-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 200.00 | $ 4,356,691.28 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Virginia Southall |  | $948,804.59 |  |
| Barry Krueger |  | $100,000.00 |  |
| Vincent Scanio |  | $179,075.00 |  |
| Maxine Fagelbaum |  | $123,720.00 |  |
| Freddie Ambrose |  | $93,126.89 |  |
| Lois Carr |  | $88,000.00 |  |
| James/Peggy Waldrop |  | $50,000.00 |  |
| Shirley Goodwin |  | $100,000.00 |  |
| Lee Bidgood III |  | $1,205,754.00 |  |
| Carole Luzio |  | $244,440.00 |  |
| TOTALS | $ 0.00 | $ 4,356,691.28 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☑ the interest requirement is waived for the　☐ fine　☑ restitution.

　　☐ the interest requirement for the　☐ fine　☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 11/25)   Judgment in a Criminal Case
                       Sheet 5B — Criminal Monetary Penalties

Judgment—Page __6__ of __7__

DEFENDANT: ATHARVA SATHAWANE a/k/a "ANDY SATHAWAN"
CASE NUMBER: 1:25CR00012-001

## ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Beverly Nastasia |  | $1,025,210.80 |  |
| Brian Oliver |  | $198,560.00 |  |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 11/25) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page 7 of 7

DEFENDANT: ATHARVA SATHAWANE a/k/a "ANDY SATHAWAN"
CASE NUMBER: 1:25CR00012-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __4,356,891.28__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
Apple iPhone 16 Pro. See ECF No. 73.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

CLOSED,APPEAL

# U.S. District Court
## Northern District of Florida (Gainesville)
### CRIMINAL DOCKET FOR CASE #: 1:25-cr-00012-AW-MAL-1
*Internal Use Only*

Case title: USA v. SATHAWANE

Date Filed: 05/27/2025

Date Terminated: 01/15/2026

---

Assigned to: CHIEF JUDGE ALLEN C WINSOR
Referred to: MAGISTRATE JUDGE MIDORI A LOWRY

### Defendant (1)

**ATHARVA SATHAWANE**
*TERMINATED: 01/15/2026*
also known as
**ANDY SATHAWANE**
*TERMINATED: 01/15/2026*

represented by **ALEJANDRA CONTRERAS CABALLERO**
SMITH & EULO – GAINESVILLE FL
2720 NW 6TH STREET
SUITE 302C
GAINESVILLE, FL 32606
585-576-7255
Email: alex.c.macias.89@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**DARREN JAMES JOHNSON**
FEDERAL PUBLIC DEFENDER OFFICE – GAINESVILLE FL
101 SE 2ND PL – STE 112
GAINESVILLE, FL 32601
352-373-5823
Fax: 352-373-7644
Email: darren_johnson@fd.org
*TERMINATED: 06/25/2025*
Designation: Public Defender or Community Defender Appointment

### Pending Counts

ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD
(1)

MONEY LAUNDERING – FRAUD, OTHER
(2)

### Disposition

216 months on each of Counts 1 and 2, terms to run concurrently with each other; no supervised release; $200 SMA; $4,356,691.28 in restitution; defendant remanded to the custody of the USMS

216 months on each of Counts 1 and 2, terms to run concurrently with each other; no supervised release; $200 SMA; $4,356,691.28 in restitution; defendant remanded to the custody of the USMS

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level

**(Terminated)**

None

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

USA                          represented by   **ADAM MICHAEL HAPNER**
                                              UNITED STATES ATTORNEY'S
                                              OFFICE
                                              NORTHERN DISTRICT OF FLORIDA
                                              300 E UNIVERSITY AVENUE
                                              SUITE 310
                                              GAINESVILLE, FL 32601
                                              352-378-0996
                                              Email: adam.hapner@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              Designation: Retained

                                              **KAITLIN R WEISS**
                                              DOJ-USAO
                                              111 NORTH ADAMS STREET
                                              4TH FLOOR US COURTHOUSE
                                              TALLAHASSEE, FL 32301
                                              850-942-8430
                                              Email: kaitlin.weiss@usdoj.gov
                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2025 | 1 | INDICTMENT (PDF redacted per privacy policy) as to ATHARVA SATHAWANE (1) − Counts 1 and 2. (tss) (Entered: 05/27/2025) |
| 05/27/2025 | 2 | Sealed Document −ORIGINAL INDICTMENT as to ATHARVA SATHAWANE (1) (tss) (Entered: 05/27/2025) |
| 05/27/2025 | 3 | CRIMINAL COVER SHEET by USA as to ATHARVA SATHAWANE (copy to US Marshal)(PDF sealed per Privacy Policy) (tss) (Entered: 05/27/2025) |
| 05/27/2025 | 4 | ORDER FOR ISSUANCE OF ARREST WARRANT as to ATHARVA SATHAWANE signed by MAGISTRATE JUDGE MIDORI A LOWRY on 5/27/25. (tss) (Entered: 05/27/2025) |
| 05/27/2025 | 5 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to ATHARVA SATHAWANE. (tss) (Entered: 05/27/2025) |
| 05/27/2025 | 6 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM signed by MAGISTRATE JUDGE MIDORI A LOWRY on 5/27/25, granting 5 Petition for Writ of Habeas Corpus ad prosequendum. Writ issued as to ATHARVA SATHAWANE (1) (tss) (Entered: 05/27/2025) |
| 05/27/2025 |   | Set/Reset Hearings as to ATHARVA SATHAWANE: Initial Appearance set for **6/3/2025 at 02:00 PM** in U.S. Courthouse Gainesville before MAGISTRATE JUDGE MIDORI A LOWRY. (tss) (Entered: 05/27/2025) |
| 06/02/2025 | 8 | MOTION for Pre−Trial Detention by USA as to ATHARVA SATHAWANE. (HAPNER, ADAM) (Entered: 06/02/2025) |
| 06/03/2025 | 9 | ARREST Warrant Returned Executed on 6/3/2025 in case as to ATHARVA SATHAWANE. (kdm) (Entered: 06/03/2025) |

| | | |
|---|---|---|
| 06/03/2025 | 10 | Minute Entry for proceedings held before MAGISTRATE JUDGE MIDORI A LOWRY: Initial Appearance as to ATHARVA SATHAWANE held on 6/3/2025. Assistant Federal Public Defender Darren Johnson appointed as counsel of record. Government requested detention. Detention hearing waived without prejudice. Defendant remanded to custody of USM pending trial. (Tape #GNV DCR 2025.) (atm) (Entered: 06/03/2025) |
| 06/03/2025 | 11 | Minute Entry for proceedings held before MAGISTRATE JUDGE MIDORI A LOWRY: Arraignment as to ATHARVA SATHAWANE (1) Count 1,2 held on 6/3/2025. Defendant entered a not guilty plea to both counts. Trial set for 7/23/2025 at 8:30 a.m. before the Honorable Allen Winsor. Defendant detained pending trial. (Tape #GNV DCR 2025.) (atm) (Entered: 06/03/2025) |
| 06/03/2025 | 12 | CJA 23 Financial Affidavit by ATHARVA SATHAWANE (PDF sealed per Privacy Policy) (atm) (Entered: 06/03/2025) |
| 06/03/2025 | 13 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to ATHARVA SATHAWANE. DARREN JAMES JOHNSON for ATHARVA SATHAWANE appointed. Signed by MAGISTRATE JUDGE MIDORI A LOWRY on 6/3/2025. (atm) (Entered: 06/03/2025) |
| 06/03/2025 | 14 | ORDER as to ATHARVA SATHAWANE re BRADY V MARYLAND NOTICE. Signed by MAGISTRATE JUDGE MIDORI A LOWRY on 6/3/2025. (atm) (Entered: 06/03/2025) |
| 06/03/2025 | 15 | ORDER SETTING TRIAL AND OTHER PRETRIAL MATTERS as to ATHARVA SATHAWANE. Jury Trial set for **7/23/2025 08:30 AM** in U.S. Courthouse Gainesville before JUDGE ALLEN C WINSOR. Signed by MAGISTRATE JUDGE MIDORI A LOWRY on 6/3/2025. (atm) (Entered: 06/03/2025) |
| 06/03/2025 | 16 | ORDER OF DETENTION PENDING TRIAL, granting 8 Motion for Pre-Trial Detention as to ATHARVA SATHAWANE (1). Signed by MAGISTRATE JUDGE MIDORI A LOWRY on 6/3/2025. (atm) (Entered: 06/03/2025) |
| 06/06/2025 | 17 | MOTION for Protective Order by USA as to ATHARVA SATHAWANE. (Attachments: # 1 Text of Proposed Order) (HAPNER, ADAM) (Entered: 06/06/2025) |
| 06/11/2025 | 18 | ORDER GRANTING 17 MOTION FOR PROTECTIVE ORDER as to ATHARVA SATHAWANE. Signed by JUDGE ALLEN C WINSOR on 6/11/2025. (kdm) (Entered: 06/11/2025) |
| 06/25/2025 | 19 | NOTICE of Permanent Appearance: ALEJANDRA CONTRERAS CABALLERO appearing for ATHARVA SATHAWANE (CONTRERAS CABALLERO, ALEJANDRA) Modified on 6/25/2025 to edit title (kdm). (Entered: 06/25/2025) |
| 06/25/2025 | 20 | MOTION to Withdraw as Attorney by Darren Johnson. by ATHARVA SATHAWANE. (JOHNSON, DARREN) (Entered: 06/25/2025) |
| 06/25/2025 | 21 | ORDER GRANTING 20 MOTION TO WITHDRAW. DARREN JAMES JOHNSON withdrawn from case as to ATHARVA SATHAWANE. Signed by CHIEF JUDGE ALLEN C WINSOR on 6/25/2025. AFPD Darren Johnson is relieved of further responsibility. (kdm) (Entered: 06/25/2025) |
| 06/29/2025 | 22 | NOTICE of Appearance as Co-Counsel for Forfeiture Matters KAITLIN R WEISS appearing for USA. (WEISS, KAITLIN) Modified on 6/29/2025 to edit title (kdm). (Entered: 06/29/2025) |
| 07/03/2025 | 23 | MOTION to Continue *July 23rd, 2025 trial period* by ATHARVA SATHAWANE. (CONTRERAS CABALLERO, ALEJANDRA) (Entered: 07/03/2025) |
| 07/03/2025 | 24 | ORDER GRANTING 23 MOTION TO CONTINUE TRIAL − Ends of Justice as to ATHARVA SATHAWANE signed by CHIEF JUDGE ALLEN C WINSOR on 7/3/25. Time excluded from 7/23/25 until 8/13/25. The clerk will reset the trial for August 13, 2025. (tss) (Entered: 07/03/2025) |
| 07/03/2025 | 25 | NOTICE OF RESCHEDULED HEARING as to ATHARVA SATHAWANE Jury Trial reset for **8/13/2025 at 08:30 AM** in U.S. Courthouse Gainesville before CHIEF JUDGE ALLEN C WINSOR. |

| | | |
|---|---|---|
| | | *Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 07/03/2025) |
| 07/25/2025 | 26 | Second MOTION to Continue by ATHARVA SATHAWANE. (CONTRERAS CABALLERO, ALEJANDRA) (Entered: 07/25/2025) |
| 07/29/2025 | 27 | ORDER GRANTING 26 MOTION TO CONTINUE TRIAL signed by CHIEF JUDGE ALLEN C WINSOR on 7/29/25 – Ends of Justice as to ATHARVA SATHAWANE. Time excluded from 8/13/25 until 9/30/25. The clerk will reset the trial for October 1, 2025. The clerk will also set a telephonic status conference for the week of August 18, 2025. (tss) (Entered: 07/29/2025) |
| 07/29/2025 | 28 | NOTICE OF RESCHEDULED HEARING as to ATHARVA SATHAWANE<br><br>Jury Trial reset for **10/1/2025 at 08:30 AM** in U.S. Courthouse Gainesville before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 07/29/2025) |
| 08/01/2025 | 29 | NOTICE OF HEARING as to ATHARVA SATHAWANE<br><br>Change of Plea Hearing set for **9/30/2025 at 11:30 AM** in U.S. Courthouse Gainesville before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 08/01/2025) |
| 08/04/2025 | 30 | NOTICE OF TELEPHONIC HEARING as to ATHARVA SATHAWANE<br><br>Telephonic Status Conference set for **8/5/2025 at 09:30 AM** before CHIEF JUDGE ALLEN C WINSOR.<br><br>ALL PARTIES are directed to call Judge Winsor's Conference Line (see below)<br><br>Conference Call Information<br>Call in number: **1-650-479-3207**<br>Access Code: **2310 716 0263#**<br>When asked for attendee ID number, press #<br><br>Remember to mute your phone when you are not speaking. The Court asks that counsel NOT use cell phones or speaker phones during the call as the quality of the audio connection is compromised by these devices. Proceedings may not be recorded or otherwise broadcast for public dissemination.<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 08/04/2025) |

| | | |
|---|---|---|
| 08/05/2025 | <u>31</u> | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Telephonic Status Conference as to ATHARVA SATHAWANE held on 8/5/2025 – Date of scheduled change of plea discussed – Government estimates, should the case go to trial, its case-in-chief would last two to three days; Defendant unsure of time needed for his case-in-chief – Status Conference, possible change of plea, set for Tuesday, August 12 at 10:30a.m. (Court Reporter Dawn Savino – dawn_savino@flnd.uscourts.gov (USDC-FLND).) (tss) (Entered: 08/05/2025) |
| 08/05/2025 | 32 | NOTICE OF HEARING as to ATHARVA SATHAWANE<br><br>Status Conference set for **8/12/2025 at 10:30 AM** in U.S. Courthouse Gainesville before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 08/05/2025) |
| 08/12/2025 | <u>33</u> | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Change of Plea Hearing as to ATHARVA SATHAWANE held on 8/12/2025 – plea not accepted – jury trial set for 10/1/25 (Court Reporter Dawn Savino – dawn_savino@flnd.uscourts.gov (USDC-FLND)) (tss) (Entered: 08/12/2025) |
| 08/12/2025 | | Plea Rejected as to ATHARVA SATHAWANE (tss) (Entered: 08/12/2025) |
| 08/21/2025 | 34 | NOTICE OF TELEPHONIC HEARING as to ATHARVA SATHAWANE<br><br>Telephonic Pretrial Conference set for **8/22/2025 at 03:30 PM** before CHIEF JUDGE ALLEN C WINSOR.<br><br>ALL PARTIES are directed to call Judge Winsor's Conference Line (see below)<br><br>Conference Call Information<br>Call in number: **1-650-479-3207**<br>Access Code: **2310 716 0263#**<br>When asked for attendee ID number, press #<br><br>Remember to mute your phone when you are not speaking. The Court asks that counsel NOT use cell phones or speaker phones during the call as the quality of the audio connection is compromised by these devices. Proceedings may not be recorded or otherwise broadcast for public dissemination.<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 08/21/2025) |
| 08/22/2025 | <u>35</u> | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Telephonic Pretrial Conference as to ATHARVA SATHAWANE held on 8/22/2025 (Court Reporter Julie Wycoff (USDC-Pensacola)) (tss) (Entered: 08/25/2025) |
| 08/25/2025 | 36 | NOTICE OF RESCHEDULED HEARING as to ATHARVA SATHAWANE<br><br>Jury Selection and Day One of Trial reset for **9/29/2025 at 08:30 AM** in U.S. Courthouse Gainesville before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* |

| | | |
|---|---|---|
| | | *s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 08/25/2025) |
| 09/02/2025 | 37 | NOTICE OF HEARING as to ATHARVA SATHAWANE<br><br>Pretrial Conference set for **9/23/2025 at 10:00 AM** in U.S. Courthouse, Courtroom One, 401 SE 1st Avenue, Gainesville, Florida before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign−language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 09/02/2025) |
| 09/03/2025 | 38 | MOTION to Depose Witness by USA as to ATHARVA SATHAWANE. (Attachments: # 1 Waiver) (HAPNER, ADAM) (Entered: 09/03/2025) |
| 09/05/2025 | 39 | ORDER GRANTING 38 MOTION TO DEPOSE WITNESS as to ATHARVA SATHAWANE. Signed by CHIEF JUDGE ALLEN C WINSOR on 9/5/2025. (kdm) (Entered: 09/05/2025) |
| 09/11/2025 | 40 | Proposed Jury Instructions by USA as to ATHARVA SATHAWANE (Attachments: # 1 Modified Substantive Instructions) (HAPNER, ADAM) (Entered: 09/11/2025) |
| 09/12/2025 | 41 | WITNESS LIST by USA as to ATHARVA SATHAWANE (HAPNER, ADAM) (Entered: 09/12/2025) |
| 09/16/2025 | 42 | NOTICE OF RESCHEDULED HEARING as to ATHARVA SATHAWANE<br><br>Jury selection and First Day of Jury Trial reset for **9/30/2025 at 08:30 AM** in U.S. Courthouse, Courtroom One, 401 SE 1st Avenue, Gainesville, Florida, before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign−language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 09/16/2025) |
| 09/17/2025 | 43 | EXHIBIT LIST by USA as to ATHARVA SATHAWANE (HAPNER, ADAM) (Entered: 09/17/2025) |
| 09/22/2025 | 44 | AMENDED EXHIBIT LIST by USA as to ATHARVA SATHAWANE (HAPNER, ADAM) Modified on 9/23/2025 (tss). (Entered: 09/22/2025) |
| 09/23/2025 | 45 | TRIAL STIPULATION AS TO FACTS by USA as to ATHARVA SATHAWANE (HAPNER, ADAM) Modified on 9/23/2025 to edit title (tss). (Entered: 09/23/2025) |
| 09/23/2025 | 47 | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Pretrial Conference as to ATHARVA SATHAWANE held on 9/23/2025 (Court Reporter USDC−FLND Court Reporter Dawn Savino (certifiedreportinginc@gmail.com)) (tss) (Entered: 09/25/2025) |
| 09/24/2025 | 46 | NOTICE *of Filing Deposition Transcript* by USA as to ATHARVA SATHAWANE (Attachments: # 1 Transcript, # 2 Exhibit 1, # 3 Exhibit 2) (HAPNER, ADAM) (Entered: 09/24/2025) |
| 09/25/2025 | 48 | Government's MOTION in Limine by USA as to ATHARVA SATHAWANE. (HAPNER, ADAM) Modified on 9/26/2025 to edit title (kdm). (Entered: 09/25/2025 |

| | | |
|---|---|---|
| 09/27/2025 | 49 | RESPONSE to Motion by ATHARVA SATHAWANE re 48 MOTION in Limine (CONTRERAS CABALLERO, ALEJANDRA) (Entered: 09/27/2025) |
| 09/28/2025 | 50 | Second MOTION in Limine by USA as to ATHARVA SATHAWANE. (HAPNER, ADAM) (Entered: 09/28/2025) |
| 09/28/2025 | 51 | RESPONSE to Motion by ATHARVA SATHAWANE re 50 Second MOTION in Limine (CONTRERAS CABALLERO, ALEJANDRA) (Entered: 09/28/2025) |
| 09/28/2025 | 52 | SECOND AMENDED TRIAL EXHIBIT LIST by USA as to ATHARVA SATHAWANE (HAPNER, ADAM) Modified on 10/6/2025 to edit title (tss). (Entered: 09/28/2025) |
| 09/30/2025 | 53 | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Pretrial Conference as to ATHARVA SATHAWANE held on 9/30/2025 − Jury trial to follow (USDC−FLND−PN Court Reporter Julie Wycoff (julieawycoff@gmail.com)) (tss) (Entered: 09/30/2025) |
| 09/30/2025 | 54 | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Jury Selection and Day One of Jury Trial as to ATHARVA SATHAWANE held on 9/30/2025 − evidence entered − continued to Wednesday, October 1, 2025 (USDC−FLND−PN Court Reporter Julie Wycoff (julieawycoff@gmail.com)) (tss) (Entered: 09/30/2025) |
| 09/30/2025 | 55 | Jury Seating Arrangement as to ATHARVA SATHAWANE (tss) (Entered: 09/30/2025) |
| 09/30/2025 | 56 | Jury List as to ATHARVA SATHAWANE (Attachments: # 1 Juror Questionnaires) (tss) (Entered: 10/01/2025) |
| 10/01/2025 | 57 | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Second Day of Jury Trial as to ATHARVA SATHAWANE held on 10/1/2025 − evidence entered − continued to Thursday, October 2, 2025 (USDC−FLND−PN Court Reporter Julie Wycoff (julieawycoff@gmail.com)) (tss) (Entered: 10/01/2025) |
| 10/02/2025 | 58 | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Third Day of Jury Trial as to ATHARVA SATHAWANE held on 10/2/2025 − evidence entered − continued to Friday, October 3, 2025 (USDC−FLND−PN Court Reporter Julie Wycoff (julieawycoff@gmail.com)) (tss) (Entered: 10/03/2025) |
| 10/03/2025 | 59 | ORDER for Jury Meals as to ATHARVA SATHAWANE (Copy to Finance) signed by CHIEF JUDGE ALLEN C WINSOR on 10/3/25. (tss) (Entered: 10/03/2025) |
| 10/03/2025 | 60 | Jury Note One as to ATHARVA SATHAWANE (Attachments: # 1 Court's Response) (tss) (Entered: 10/03/2025) |
| 10/03/2025 | 61 | Jury Instructions as to ATHARVA SATHAWANE (tss) (Entered: 10/03/2025) |
| 10/03/2025 | 62 | Jury Note Two as to ATHARVA SATHAWANE (Attachments: # 1 Court's Response) (tss) (Entered: 10/03/2025) |
| 10/03/2025 | 63 | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Fourth and Final Day of Jury Trial as to ATHARVA SATHAWANE held on 10/3/2025 − verdict reached − complete minutes attached (USDC−FLND−PN Court Reporter Julie Wycoff (julieawycoff@gmail.com).) (Attachments: # 1 Redacted Indictment, # 2 Draft Jury Instructions 09−30−25) (tss) (Entered: 10/06/2025) |
| 10/03/2025 | 64 | JURY VERDICT (redacted) as to ATHARVA SATHAWANE (1) − Guilty on Counts 1 and 2. (tss) (Entered: 10/06/2025) |
| 10/03/2025 | 65 | Sealed Document − ORIGINAL JURY VERDICT as to ATHARVA SATHAWANE (1) (tss) (Entered: 10/06/2025) |
| 10/03/2025 | 66 | COURT'S JURY TRIAL EXHIBIT LIST as to ATHARVA SATHAWANE (1) (tss) (Additional attachment(s) added on 10/8/2025: # 1 GOV Exhibit 1, # 2 GOV Exhibit 2, # 3 GOV Exhibit 3, # 4 GOV Exhibit 4, # 5 GOV Exhibit 5, # 6 GOV Exhibit 6, # 7 GOV Exhibit 7, # 8 GOV Exhibit 8, # 9 GOV Exhibit 9, # 10 GOV Exhibit 10, # 11 GOV Exhibit 11a, # 12 GOV Exhibit 11B, # 13 GOV Exhibit 11C, # 14 GOV Exhibit 12A, # 15 GOV Exhibit 13, # 16 GOV Exhibit 14, # 17 GOV Exhibit 19A, # 18 GOV |

| | | |
|---|---|---|
| | | Exhibit 19B, # 19 GOV Exhibit 23, # 20 GOV Exhibit 24, # 21 GOV Exhibit 25, # 22 GOV Exhibit 26, # 23 GOV Exhibit 27, # 24 GOV Exhibit 28, # 25 GOV Exhibit 29, # 26 GOV Exhibit 30, # 27 GOV Exhibit 31, # 28 GOV Exhibit 32, # 29 GOV Exhibit 33, # 30 GOV Exhibit 34, # 31 GOV Exhibit 35, # 32 GOV Exhibit 37, # 33 GOV Exhibit 38, # 34 GOV Exhibit 39, # 35 GOV Exhibit 40, # 36 GOV Exhibit 42, # 37 GOV Exhibit 43, # 38 GOV Exhibit 44, # 39 GOV Exhibit 45, # 40 GOV Exhibit 47, # 41 GOV Exhibit 48, # 42 GOV Exhibit 49, # 43 GOV Exhibit 50, # 44 GOV Exhibit 51, # 45 GOV Exhibit 52, # 46 GOV Exhibit 53, # 47 GOV Exhibit 54, # 48 GOV Exhibit 55, # 49 GOV Exhibit 56, # 50 GOV Exhibit 58, # 51 GOV Exhibit 59, # 52 GOV Exhibit 61, # 53 GOV Exhibit 62, # 54 GOV Exhibit 63) (akc). (Entered: 10/06/2025) |
| 10/07/2025 | 67 | NOTICE OF HEARING as to ATHARVA SATHAWANE<br><br>Sentencing set for **12/16/2025 at 10:00 AM** in U.S. Courthouse, Courtroom One, 401 SE 1st Avenue, Gainesville, Florida, before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 10/07/2025) |
| 10/09/2025 | 68 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, TRIAL TESTIMONY OF MAXINE FAGELBAUM, as to ATHARVA SATHAWANE held on 10/1/25, before Judge Allen C. Winsor. Court Reporter/Transcriber Julie A. Wycoff, Telephone number 850.549.5886; julieawycoff@gmail.com.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **10/16/2025**. Release of Transcript Restriction set for **1/14/2026**. (jaw) (Entered: 10/09/2025) |
| 10/09/2025 | 69 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, TRIAL TESTIMONY OF ATHARVA SATHAWANE, as to ATHARVA SATHAWANE held on 10/2/25, before Judge Allen C. Winsor. Court Reporter/Transcriber Julie A. Wycoff, Telephone number 850.549.5886; julieawycoff@gmail.com.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **10/16/2025**. Release of Transcript Restriction set for **1/14/2026**. (jaw) (Entered: 10/09/2025) |
| 10/17/2025 | 70 | MOTION for Acquittal by ATHARVA SATHAWANE. (CONTRERAS CABALLERO, ALEJANDRA) (Entered: 10/17/2025) |
| 10/27/2025 | 71 | MEMORANDUM in Opposition by USA as to ATHARVA SATHAWANE re 70 MOTION for Acquittal (HAPNER, ADAM) (Entered: 10/27/2025) |
| 11/10/2025 | 72 | Government's MOTION for Entry of Preliminary Order of Forfeiture by USA as to ATHARVA SATHAWANE. (WEISS, KAITLIN) Modified on 11/12/2025 to edit title (kdm). (Entered: 11/10/2025) |
| 11/12/2025 | 73 | PRELIMINARY ORDER OF FORFEITURE granting 72 Motion for Forfeiture of Property as to ATHARVA SATHAWANE (1) signed by CHIEF JUDGE ALLEN C WINSOR on 11/12/25. (tss) (Entered: 11/12/2025) |

| | | |
|---|---|---|
| 11/12/2025 | 74 | DRAFT PRESENTENCE INVESTIGATION REPORT as to ATHARVA SATHAWANE. E-copies made available to selected parties. Responses to the Draft Report are due by **11/26/2025**. (Edenfield, Dana) (Entered: 11/12/2025) |
| 11/12/2025 | 75 | ORDER DENYING 70 MOTION FOR JUDGMENT OF ACQUITTAL as to ATHARVA SATHAWANE (1) signed by CHIEF JUDGE ALLEN C WINSOR on 11/12/25. (tss) (Entered: 11/12/2025) |
| 11/14/2025 | 76 | NOTICE OF FILING VICTIM IMPACT STATEMENTS by USA as to ATHARVA SATHAWANE (Attachments: # 1 Statements) (tss) (Entered: 11/14/2025) |
| 11/18/2025 | 77 | RESPONSE to 74 Presentence Investigation Report as to ATHARVA SATHAWANE. PDF access restricted to the court, U.S. Probation, counsel for the defendant, and counsel for the United States of America. (Attachments: # 1 Trial Exhibit 54, # 2 Trial Exhibit 55, # 3 Bond Reduction Motion) (HAPNER, ADAM) (Entered: 11/18/2025) |
| 12/01/2025 | 78 | Second NOTICE of Filing Victim Impact Statements by USA as to ATHARVA SATHAWANE. (kdm) (Entered: 12/01/2025) |
| 12/05/2025 | 79 | NOTICE OF RESCHEDULED HEARING as to ATHARVA SATHAWANE<br><br>Sentencing reset for **1/13/2026 at 03:00 PM** in U.S. Courthouse, Courtroom One, 401 SE 1st Avenue, Gainesville, Florida, before CHIEF JUDGE ALLEN C WINSOR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk to Chief Judge Allen Winsor (tss) (Entered: 12/05/2025) |
| 12/09/2025 | 80 | THIRD NOTICE OF FILING VICTIM IMPACT STATEMENTS by USA as to ATHARVA SATHAWANE (tss) (Entered: 12/09/2025) |
| 01/06/2026 | 81 | FINAL PRESENTENCE INVESTIGATION REPORT as to ATHARVA SATHAWANE. E-copies made available to selected parties. (Attachments: # 1 Supplement SG Victim Impact Statement) (Kortbus, Stephen) (Entered: 01/06/2026) |
| 01/07/2026 | 82 | NOTICE *of filing of reference letters* by ATHARVA SATHAWANE (CONTRERAS CABALLERO, ALEJANDRA) (Entered: 01/07/2026) |
| 01/09/2026 | 83 | SENTENCING MEMORANDUM by ATHARVA SATHAWANE (CONTRERAS CABALLERO, ALEJANDRA) (Entered: 01/09/2026) |
| 01/09/2026 | 84 | RESPONSE to 81 Presentence Investigation Report as to ATHARVA SATHAWANE. PDF access restricted to the court, U.S. Probation, counsel for the defendant, and counsel for the United States of America. (Attachments: # 1 Loss Summary) (HAPNER, ADAM) (Entered: 01/09/2026) |
| 01/13/2026 | 85 | Minute Entry for proceedings held before CHIEF JUDGE ALLEN C WINSOR:Sentencing held on 1/13/2026 for ATHARVA SATHAWANE (1). The defendant was sentenced to 216 months on each of Counts 1 and 2, terms to run concurrently with each other; no supervised release; a $200 SMA; $4,356,691.28 in restitution; and was remanded to the custody of the USMS. (USDC-FLND Official Court Reporter Dawn Savino (certifiedreportinginc@gmail.com)) (tss) (Entered: 01/13/2026) |
| 01/15/2026 | 86 | JUDGMENT in a Criminal Case as to ATHARVA SATHAWANE (1), Count(s) 1, 2, two hundred sixteen (216) months on each of Counts 1 and 2, terms to run concurrently with each other; no supervised release; $200 SMA; defendant remanded to the custody of the USMS. Total restitution owed $4,356,691.28. Signed by CHIEF JUDGE ALLEN C WINSOR on 1/15/2026. (kdm) (90 Day Exhibit Return Deadline set for **4/15/2026**.) (Entered: 01/16/2026) |
| 01/15/2026 | 87 | STATEMENT OF REASONS (Sealed) as to ATHARVA SATHAWANE. Copies to be distributed to attorney for defendant, USAO, and USPO only. Signed by CHIEF |

|  |  | JUDGE ALLEN C WINSOR on 1/15/2026. (kdm) (Forwarded to each party listed above.) (Entered: 01/16/2026) |
|---|---|---|
| 01/23/2026 | 88 | NOTICE OF APPEAL to Court of Appeals by ATHARVA SATHAWANE re 86 Judgment, Filing fee $ 605, receipt number AFLNDC−9768708. Certificate of Readiness (FRAP 11) due by **2/23/2026**. Transcript Order Form due by **2/23/2026**. (CONTRERAS CABALLERO, ALEJANDRA) Modified on 1/23/2026 to edit title (kdm). (Entered: 01/23/2026) |
| 01/23/2026 | 89 | MOTION to Withdraw, Proceed on Appeal in Forma Pauperis, and REQUEST Appointment of CJA Counsel by ATHARVA SATHAWANE. (CONTRERAS CABALLERO, ALEJANDRA) Modified on 1/23/2026 to edit title (kdm). (Entered: 01/23/2026) |
| 01/23/2026 | 90 | ORDER DENYING WITHOUT PREJUDICE 89 MOTION TO WITHDRAW as to ATHARVA SATHAWANE. Signed by CHIEF JUDGE ALLEN C WINSOR on 1/23/2026. (atm) (Entered: 01/23/2026) |