| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 26-10260-A USA v. Atharva Sathawane "Criminal Appeal Docketed - Notice of Appeal" (1:25-cr-00012-AW-MAL-1) |
| **Date:** | Monday, January 26, 2026 2:29:08 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 01/26/2026

**Case Name:**    USA v. Atharva Sathawane
**Case Number:**  26-10260
**Document(s):**  1

**Docket Text:**
CRIMINAL APPEAL DOCKETED. Notice of appeal filed by Appellant Atharva Sathawane on 01/23/2026. Fee Status: Fee Paid. See attached docketing notice for important information, including deadlines.

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court
U.S. Attorney Service - Northern District of Florida

**Notice sent via US Mail to:**

Alejandra Contreras Caballero
Smith & Eulo Law Firm PLLC
2720 NW 6TH ST STE 302C
GAINESVILLE, FL 32609

The following document(s) are associated with this transaction:
**Document Description:** CRIM 1 - Notice of Docketing
**Original Filename:** /opt/ACECF/live/forms/ToyaStevenson_2610260_10652967_CRIM1-NoticeofDocketing_445.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/26/2026] [FileNumber=10652967-2]
[3dc0cf3e06f472413ca4b9eb77a81cdfda548e87204cf2dd95199bbf8f5d858c321ae700e7fc6625e01acf9d872b54c7cc383df8154e828311caea09334376fc]]
**Recipients:**

- Clerk - Northern District of Florida, Clerk of Court
- Alejandra Contreras Caballero
- U.S. Attorney Service - Northern District of Florida

**Document Description:** Criminal Appeal Docketed - Notice of Appeal
**Original Filename:** NOA.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/26/2026] [FileNumber=10652967-0]
[3da9d1af79e7bd14238002002d6d9a6f083b9b8088b16d2c1a3eb6a753866b88b4f2e78df726ba0aaecd0b78f121f01e100b076044b318cf5d062773d6786178]]

**Document Description:** DC Judgment DE 86
**Original Filename:** judgment.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/26/2026] [FileNumber=10652967-1]
[6ba3bca26f193988ca30b5767caa857c67ac353771a00a798b10f467802bff93066bc12a8b04c1322ae7b4728314719cc79d3ed6ec97d4bdf48be561b95f5754]]